UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1496 FMO (JPRx) | Date | August 8, 2022 |
|---|---|---|---|
| Title | Ronnie Martinez v. United States of America | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause

On or about March 17, 2022, Ronnie Martinez ("plaintiff"), proceeding pro se, filed the instant action. (See Dkt. 2, Complaint). On July 21, 2022, documents sent to plaintiff were returned by the postal service as undeliverable.[1] (See Dkt. 13, Mail Returned re: Court's Order of June 30, 2022). Pursuant to Local Rule 41-6, plaintiff has an obligation to keep the court advised of a current address throughout the duration of the case. See Local Rule 41-6 ("A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address."). Plaintiff is advised that failure to timely comply with this Order, or with his continuing obligation to keep the court apprised of a current mailing address, shall result in this action being dismissed for lack of prosecution and/or for failure to comply with the orders of the court. See Local Rule 41-6 ("If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.").

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file with the court a Notice of Change of Address no later than **August 26, 2022**.

2. Plaintiff is admonished that failure to file a Notice of Change of Address by the deadline set forth above shall result in the action being dismissed for lack of prosecution and/or for failure to comply with a court order. See Local Rule 41-6; Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | Initials of Preparer | gga |
|---|---|---|

---

[1] Documents sent to plaintiff were also returned as undeliverable on April 8, 2022, and May 3, 2022. (See Dkts. 9-11).