JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MARTINEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. CV 22-1496 FMO (JPRx)<br><br>**ORDER AND JUDGMENT DISMISSING ACTION FOR LACK OF PROSECUTION** |

     Pursuant to the Court's Order of August 8, 2022, (Dkt. 14), pro se plaintiff Ronnie Martinez ("plaintiff") was informed of her obligation to keep the court apprised of her current address pursuant to Local Rule 41-6 ("Dismissal – Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address") and to file a Notice of Change of Address no later than August 26, 2022. (See Dkt. 14, Court's Order of August 8, 2022). The court advised plaintiff that "failure to file a Notice of Change of Address by the deadline set forth above shall result in the action being dismissed for lack of prosecution and/or for failure to comply with a court order." (Id.).

     As of the filing date of this Order, no Notice of Change of Address has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the court,

pursuant to Local Rule 41.  See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 7th day of November, 2022.

                                             /s/
                                Fernando M. Olguin
                            United States District Judge